UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEITAT TOH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>SOUTHERN TELECOM, INC., AND SOUTHERN TELECOM ELECTRONICS, INC.<br><br>Defendants, | CA No. |

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants Southern Telecom, Inc. and Southern Telecom Electronics, Inc. ("Defendants"), pursuant to 28 U.S.C. §§ 1332 and 1441, hereby remove this civil action from the Massachusetts Superior Court, Norfolk County, Case No. 16-cv-1253, to the United States District Court for the District of Massachusetts. Removal is based on diversity of citizenship.

Removal of this action is proper for the following reasons:

1. A civil action was commenced on or about October 3, 2016, captioned WEITAT TOH, Individually and On Behalf of All Others Similarly Situated v. Southern Telecom, Inc., and Southern Telecom Electronics, Inc *.,* No. 16-cv-1253, in the Massachusetts Superior Court, Norfolk County (the "State Court Action").

2. On information and belief, Defendants were served with the Summons and Complaint on October 19, 2016. True and correct copies of the Summons and Complaint and Certificates of Service are attached hereto as Exhibits 1-2.

3. Defendants have thus filed this Notice of Removal within thirty days of service of the Summons and Complaint and is thus timely pursuant to 28 U.S.C. § 1446 (b)(1).

4. Defendants are authorized to remove this action under 28 U.S.C. § 1441 because this Court has original jurisdiction over this civil action: (1) Plaintiff and Defendants are "citizens of different States," and (2) the amount of controversy "exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). Removal to this Court is also proper because this Court is the district court "for the district and division embracing the place where such action is pending," and because Defendants are not citizens of Massachusetts, the state in which the action was brought. *See* 28 U.S.C. § 1441.

5. At the time of the commencement of this action, and since that time, Defendants were and are New York Corporations with a principal office at 14-C 53rd Street, Brooklyn, NY 11232.

6. As alleged in the Complaint, Plaintiff WEITAT TOH is a resident of Quincy, Massachusetts.

7. Thus, complete diversity is satisfied because Plaintiff does not share the state of citizenship with Defendants, and none of the parties are citizens of Massachusetts. *See* 28 U.S.C. § 1441(b).

8. Plaintiff's Complaint alleges that if not for the alleged deception/misrepresentation on the part of Defendants, Plaintiff would not have purchased the speaker in question. (¶ 19). Exhibit B to Plaintiff's Complaint illustrates that the speaker in question was purchased for $79.99. Plaintiff's Complaint further alleges that that

proposed class consists of "thousands of consumers." (¶ 30).  The Complaint requests statutory damages, double or treble damages as allowed by law and attorney's fees.  (Prayer for Relief (C)).  As such, it is clear that Plaintiff is seeking significantly more than $75,000 in damages. The amount in controversy, exclusive of interest and costs, therefore exceeds $75,000.

9. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders served in the State Court Action are attached to this Notice of Removal as Exhibits 1-2.

10. A copy of a Notice of Filing of Notice of Removal is attached hereto as Exhibit 3. Promptly after filing this notice, Defendants will file that notice with the Norfolk Superior Court, and serve a copy on counsel for plaintiff as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants, notice the removal of this case to the United States District Court for the District of Massachusetts.

Dated: November 16, 2016

    Respectfully submitted,

    SOUTHERN TELECOM, INC.,
    AND SOUTHERN TELECOM ELECTRONICS, INC.,

    By their attorneys

    /s/ David S. Godkin

    David S. Godkin (BBO #196530)
    James E. Kruzer (BBO #670827)
    BIRNBAUM & GODKIN, LLP
    280 Summer Street, 5th Floor
    Boston, MA  02210
    Tel: (617) 307-6100
    Fax: (214) 307-6101
    godkin@birnbaumgodkin.com
    kruzer@birnbaumgodkin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

      /s/ David S. Godkin
      David S. Godkin